898

PER CURIAM.

James J. Doherty, Public Defender, of Chicago (Marc Fogelberg, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Laurence J. Bolon and John T. Theis, Assistant State's Attorneys, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* ANDREW BROOKS, Petitioner-Appellant.

(No. 60872;

First District (2nd Division)—August 26, 1975.

PER CURIAM.

Paul Bradley and Brenda E. Richey, both of State Appellate Defender's Office, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago (Laurence. J. Bolon and Mary Ellen Dienes, Assistant State's Attorneys, of counsel), for the People.